IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH CHILLINSKY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No: 07-566 |
| vs. | ) Judge Gary L. Lancaster |
| | ) |
| | ) **FILED ELECTRONICALLY** |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER, SOCIAL SECURITY | ) |
| ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

ORDER OF COURT

AND NOW, to wit, this __9th__ day of __Oct__, 2007, upon consideration of the Motion to Substitute Party it is hereby ORDERED that William J. Chillinsky be and hereby is substituted in place of the Plaintiff/Decedent, DEBORAH CHILLINSKY.

BY THE COURT:

_/s/ G.L. Lancaster_